IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:10CV267 |
| | ) | |
| $51, 970.00  IN UNITED STATES CURRENCY, | ) ) | **ORDER FOR PUBLICATION** |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Plaintiff's Motion for Publication (Filing No. 6). The Motion is granted. The United States shall publish such notification as requested.

**IT IS SO ORDERED.**

Dated this 16th day of August, 2010.

**BY THE COURT:**

s/ *Cheryl R. Zwart*
**CHERYL R. ZWART**
**United States Magistrate Judge**
